FILED

04/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF ELIZABETH L. MARTYN
FOR REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

O R D E R

APR 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Elizabeth L. Martyn has petitioned the Court for reinstatement to active status in the State Bar of Montana. The petition states that Martyn was admitted to the State Bar in January 2019, and was placed on inactive status for failing to comply with the Rules for Continuing Legal Education at an unspecified time thereafter. However, the petition does not state that Martyn has satisfied the CLE requirements that required her placement on inactive status, nor does the petition include a letter from the State Bar certifying that Martyn is now in compliance. The Court has contacted the State Bar, which reports that Martyn remains out of compliance. Therefore, Martyn does not qualify for reinstatement, and the Court cautions Martyn against seeking reinstatement until she has satisfied the requirements for doing so under the Rules.

IT IS HEREBY ORDERED that the petition of Elizabeth L. Martyn for reinstatement to active status in the State Bar of Montana is DENIED, without prejudice.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 6 day of April, 2021.

_____
Chief Justice

_____

_____

Justices